COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        David Martinez v. The State of Texas

Appellate case number:     01-19-00906-CR

Trial court case number:    1586127

Trial court:                      185th District Court of Harris County


   Appellant has filed a motion to abate this appeal to allow for corrections to be made to certain errors in the clerk's record. On March 26, 2020, the Clerk of this Court issued a notice, directing the clerk of the 185th District Court, within ten days of the date of the notice, to file a supplemental clerk's record correcting the errors in the clerk's record. On March 31, 2020, a supplemental clerk's record was filed with this Court.

   Because a supplemental clerk's record was filed, appellant's motion is **dismissed as moot**.

   It is so ORDERED.


Judge's signature: _____/s/ Evelyn V. Keyes_____
      ☑ Acting individually   ☐ Acting for the Court

Date: __April 14, 2020____